1  McGREGOR W. SCOTT
   United States Attorney
2  TANYA B. SYED
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

| 11 | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | CASE NO.: 2:20-SW-159-CKD, 2:20-SW-160-CKD, 2:20-SW-234-AC |
|---|---|---|
| 13 | THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (530) 393-9583, AND 2071 AMANDA WAY, APARTMENT #44, CHICO, CA 95928 | [~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
| 15 | Defendants. | |

18  Upon application of the United States of America and good cause having been shown,

19  IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

21  Dated: April 2, 2020

22  _____
    The Honorable Edmund F. Brennan
    UNITED STATES MAGISTRATE JUDGE

~~Proposed~~ Order to Unseal search warrants